```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 12-02818-RNO
Kent A Lichty                                                     Chapter 13
      Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman             Page 1 of 2           Date Rcvd: Jul 18, 2017
                              Form ID: 3180W              Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
db             +Kent A Lichty,    2157 Pemberton Place,    York, PA 17408-4147
cr             +Recovery Management Systems Corp,    PO Box 12931,    Norfolk, VA 23541-0931
4104237         BONTON,   HSBC RETAIL SERVICES,    P O BOX 15521,    BALTIMORE, MD 21297 1264
4104241         CHASE,    P O BOX 24696,    COLUMBUS, OH 43224 0696
4104240         CHASE,    P O BOX 78420,    PHOENIX, AZ 85062 8420
4104244        +CLIENT SERVICES INC,    3451 HARRY S TRUMAN BLVD,    ST CHARLES, MO 63301-9816
4104247        +FAIR COLLECTIONS,   OUTSOURCING,    12304 BALTIMORE AVE #E,    BELTSVILLE, MD 20705-1314
4104248        +FRDF/CBNA,    P O BOX 6497,    SIOUX FALLS, SD 57117-6497
4104250         GREGG MORRIS ESQUIRE,    213 E MARKET STREET,    CARNEGIE, PA 15106
4177042        +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Mail Code: OH4-7126,
                 Columbus, OH 43219-6009
4104254         KRAMER & ASSOCIATES,    P O BOX 505,    LINDEN, MI 48451 0505
4104255         LITTMAN & BARCLAY PLAN,    PROCESSING CENTER,    DES MOINES, IA 50364 0001
4109987        +Midland Credit Management, Inc.,    2365 Northside Drive Suite 300,    San Diego, CA 92108-2709
4104258        +NORTHLAND GROUP, INC,    P O BOX 390905,    MINNEAPOLIS, MN 55439-0905
4104263        +VALENTINE & KEBARTAS INC,    P O BOX 325,    LAWRENCE, MA 01842-0625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Jul 18 2017 18:53:00      PRA Receivables Management LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
cr              EDI: RECOVERYCORP.COM Jul 18 2017 18:53:00      Recovery Management Systems Corporation,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4141568         EDI: AIS.COM Jul 18 2017 18:53:00      American InfoSource LP as agent for,
                 InSolve Recovery, LLC,    PO Box 269093,    Oklahoma City, OK 73126-9093
4230804        +EDI: OPHSUBSID.COM Jul 18 2017 18:53:00      Azurea I, LLC,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
4137341        +EDI: OPHSUBSID.COM Jul 18 2017 18:53:00      BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4124545         EDI: BANKAMER2.COM Jul 18 2017 18:53:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
4104236        +EDI: BANKAMER2.COM Jul 18 2017 18:53:00      BANK OF AMERICA,    P O BOX 1598,
                 NORFOLK, VA 23501-1598
4104238         EDI: HFC.COM Jul 18 2017 18:53:00      BOSCOVS,   RETAIL SERVICES,    P O BOX 15521,
                 WILMINGTON, DE 19850 5521
4104239        +EDI: STFC.COM Jul 18 2017 18:53:00      CACH LLC,   4340 S MONACO ST UNIT 2,
                 DENVER, CO 80237-3485
4104242         EDI: CHASE.COM Jul 18 2017 18:53:00      CHASE/BEST BUY,    P O BOX 15298,
                 WILMINGTON, DE 19850 5298
4104243        +EDI: CITICORP.COM Jul 18 2017 18:53:00      CITI,   P O BOX 6500,    SIOUX FALLS, SD 57117-6500
4181131         EDI: BL-BECKET.COM Jul 18 2017 18:53:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,   Malvern PA 19355-0701
4156934        +EDI: BASSASSOC.COM Jul 18 2017 18:53:00      Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
4104246         EDI: DISCOVER.COM Jul 18 2017 18:53:00      DISCOVER,    P O BOX 15316,   WILMINGTON, DE 19850
4110156        +EDI: TSYS2.COM Jul 18 2017 18:53:00      Department Stores National Bank/Macy's,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
4107111         EDI: DISCOVER.COM Jul 18 2017 18:53:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
4112172         EDI: RMSC.COM Jul 18 2017 18:53:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
4104249         EDI: RMSC.COM Jul 18 2017 18:53:00      GECRB/LOWES,    P O BOX 103065,   ROSWELL, GA 30076
4104251         EDI: IRS.COM Jul 18 2017 18:53:00      INTERNAL REVENUE SERVICE,    SPECIAL PROCEDURES BRANCH,
                 P O BOX 628,    PITTSBURGH, PA 15230
4104252        +EDI: RMSC.COM Jul 18 2017 18:53:00      JCPENNEY/GE MONEY BANK,    ATTN: BANKRUPTCY DEPT,
                 P O BOX 103104,    ROSWELL, GA 30076-9104
4130560         EDI: JEFFERSONCAP.COM Jul 18 2017 18:53:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
4104253         EDI: CBSKOHLS.COM Jul 18 2017 18:53:00      KOHLS,   P O BOX 3043,    MILWAUKEE, WI 53201 3043
4104256        +EDI: RESURGENT.COM Jul 18 2017 18:53:00      LVNV FUNDING,    P O BOX 10497,
                 GREENVILLE, SC 29603-0497
4104257        +EDI: TSYS2.COM Jul 18 2017 18:53:00      MACYS,   BANKRUPTCY PROCESSING,    P O BOX 8053,
                 MASON, OH 45040-8053
4117660        +E-mail/Text: bknotice@ncmllc.com Jul 18 2017 18:46:07      National Capital Management, LLC,
                 agent for GE Capital Retail Bank,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
4104259        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jul 18 2017 18:46:04      OFFICE OF THE US TRUSTEE,
                 P O BOX 969,   HARRISBURG, PA 17108-0969
4104245         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2017 18:46:03      PA DEPARTMENT OF REVENUE,
                 BUREAU OF COMPLIANCE,    BANKRUPTCY DEPT,    DEPARTMENT 280946,   HARRISBURG, PA 17128 0946
4535911         EDI: PRA.COM Jul 18 2017 18:53:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
4535912         EDI: PRA.COM Jul 18 2017 18:53:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
```

```
District/off: 0314-1          User: REshelman            Page 2 of 2                  Date Rcvd: Jul 18, 2017
                              Form ID: 3180W             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4299840        EDI: RECOVERYCORP.COM Jul 18 2017 18:53:00     Portfolio Investments II LLC,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,
                Miami, FL 33131-1605
4165658        EDI: RECOVERYCORP.COM Jul 18 2017 18:53:00     Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4104261       +EDI: SEARS.COM Jul 18 2017 18:53:00      SEARS/CBNA,    P O BOX 6282,
                SIOUX FALLS, SD 57117-6282
4104262        EDI: WTRRNBANK.COM Jul 18 2017 18:53:00      TARGET,    P O BOX1581,    MINNEAPOLIS, MN 55440 1581
4104264        EDI: WFFC.COM Jul 18 2017 18:53:00      WELLS FARGO,    P O BOX 10347,
                DES MOINES, IA 50306 0347
                                                                                              TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Azurea I, LLC,    c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
cr*           +Capital One, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,
                Tucson, AZ 85712-1083
cr*           +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
4142108*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
4104260       ##+RICHARD J BOUDREAU & ASSOC,    6 MANOR PARKWAY,    SALEM, NH 03079-2841
                                                                                  TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
              Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Steven M. Carr    on behalf of Debtor Kent A Lichty stevecarr8@comcast.net, njdodson@comcast.net
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Kent A Lichty** | Social Security number or ITIN | xxx−xx−9192 |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN | _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | |
| Case number: | **1:12−bk−02818−RNO** | | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kent A Lichty

**By the court:**

July 18, 2017

Honorable Robert N. Opel
United States Bankruptcy Judge

By: REshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**